UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT SCOTT WRIGHT #567424      CIVIL ACTION

VERSUS      NUMBER: 21-0485

STATE OF LOUISIANA, ET AL.      SECTION: "F"(5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on July 22, 2021 (Rec. Doc. No. 17), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Plaintiff's §1983 claims against the State of Louisiana and the individual Defendants in their official capacity are dismissed without prejudice for want of jurisdiction.

New Orleans, Louisiana, this  2nd  day of                August               , 2021.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE